IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DANIEL J. SWOPE, | ) |
|     Plaintiff, | ) |
| v. | ) NO. 3:18-cv-00480 |
| RUTHERFORD COUNTY CORRECTIONAL WORK CENTER, et al., | ) JUDGE CAMPBELL |
|     Defendants. | ) |

## ORDER

Plaintiff Daniel J. Swope, a resident of La Vergne, Tennessee, and former inmate at the Rutherford County Adult Detention Center in Murfreesboro, Tennessee, filed this pro se civil rights action under 42 U.S.C. § 1983 against the Rutherford County Correctional Work Center and the Rutherford County Circuit Court. (Doc. No. 1.) Plaintiff also filed an application to proceed in this Court without prepaying fees and costs. (Doc. No. 10.)

**I.  Application to Proceed as a Pauper**

It appears from Plaintiff's in forma pauperis application (Doc. No. 10) that he lacks sufficient financial resources from which to pay the full filing fee in advance. His application (Doc. No. 10) is therefore **GRANTED**.

**II.  Required Screening of Complaint Filed In Forma Pauperis**

For the reasons stated in the accompanying Memorandum Opinion, the Court concludes that Plaintiff fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2)(B). Accordingly, this action is **DISMISSED**. For the same reasons that the Court dismisses this

action, the Court **CERTIFIES** that any appeal in this matter would not be taken in good faith. 28 U.S.C. § 1915(a)(3). The Court, therefore, will not grant Plaintiff leave to proceed in forma pauperis on any appeal.

This is a final order for purposes of Rule 58 of the Federal Rules of Civil Procedure.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE